08-5660-cr
United States v. Pearl

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of April, two thousand ten.

Present:

> José A. Cabranes,
> Barrington D. Parker,
> Reena Raggi,
> > *Circuit Judges.*

---

United States of America,

> *Appellee,*

> v.                                                                    No. 08-5660-cr

Brian Pearl,

> *Defendant-Appellant.*

---

| | |
|---|---|
| **FOR APPELLEE:** | Burton T. Ryan, Jr., Assistant United States Attorney, for Benton J. Campbell, United States Attorney for the Eastern District of New York, Central Islip, NY. |
| **FOR APPELLANT:** | David A. Lewis, Assistant Federal Defender, Federal Defenders of New York, Inc., New York, NY. |

Appeal from a judgment of the United States District Court for the Eastern District of New York (Joseph F. Bianco, *Judge*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal be **DISMISSED** as moot.

Defendant Brian Pearl appeals from a November 20, 2008 order of the District Court convicting him, upon his plea of guilty, of violating the conditions of his supervised release, revoking his supervised release, and sentencing him to fourteen months' imprisonment.

In response to an order entered by this Court on February 17, 2010, both parties have filed letter briefs asserting that Pearl was released from prison on October 21, 2009. As Pearl is no longer in prison and is not serving a term of supervised release, his appeal is moot. *See, e.g.*, *Spencer v. Kemna*, 523 U.S. 1 (1998).

Accordingly, we dismiss Pearl's appeal as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk